UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DAVID ALLEN HUBBELL,

                       Plaintiff,         6:07-CV-0355
                                          (DNH)(GHL)

    v.

O.W. HUBBELL & SONS, INC., et al.,

                       Defendants.
_____

APPEARANCES:

DAVID ALLEN HUBBELL
  Plaintiff, *Pro Se*
P.O. Box 171
Ft. Walton Beach, FL 32549

HODGSON RUSS LLP                           RICHARD L. WEISZ, ESQ.
  Counsel for Defendants
677 Broadway, Suite 301
Albany, NY 12207

GEORGE H. LOWE, UNITED STATES MAGISTRATE JUDGE

**ORDER**

      Plaintiff seeks an Order directing (perhaps among other things) that Defendants' deposition of him be conducted by telephone, and , alternatively, if the deposition is conducted in person, that videotaping be prohibited. (Dkt. No. 41.) Defendants oppose the motion. (Dkt. No. 44.) The motion is denied.

      Accordingly, Plaintiff is directed to appear for deposition at the United States Courthouse, 100 South Clinton Street, Syracuse, New York, on November 16, 2007, commencing at 9:30 a.m. The parties are to report to the undersigned's chambers. If Plaintiff

wishes to have a friend attend the deposition the Court will hear argument on that issue at 9:00 a.m. on November 16, 2007.

    **SO ORDERED.**

Date:  November 5, 2007
         Syracuse, New York

_____
George H. Lowe
United States Magistrate Judge