UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID ALLEN HUBBELL,

              Plaintiff,
      v.                                          6:07-CV-355

O.W. HUBBELL & SONS, INC., and
HUBBELL HOLDING CORPORATION,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

DAVID ALLEN HUBBELL
Plaintiff Pro Se
P.O. Box 171
Fort Walton Beach, Florida 32549

HODGSON RUSS L.L.P.                  RICHARD L. WEISZ, ESQ.
Attorneys for Defendants
677 Broadway
Albany, New York 12207

DAVID N. HURD
United States District Judge

## O R D E R

Plaintiff David Allen Hubbell ("plaintiff") brings this action against defendant O.W. Hubbell & Sons, Inc., and Hubbell Holding Corporation ("defendants") for copyright infringement under Title 17 of the United States Code. The Honorable George H. Lowe, United States Magistrate Judge, issued a letter order on April 23, 2008, reconfirming that the discovery cut-off date was November 1, 2007. (Docket No. 68.) Plaintiff objects. (Docket No. 69.) Plaintiff's objection will be denied for the reasons set forth in paragraph five of the April 23 letter order.

     Moreover, in light of plaintiff's penchant for wasting the Court's time with frequent and oftentimes frivolous filings, he is reminded that his status as a pro se plaintiff does not shield him from sanctions under Federal Rule of Civil Procedure 11.  Indeed, plaintiff is hereby warned that the next time he takes action that reasonably can be construed as a violation of Rule 11(b), the Court will impose appropriate sanctions in accordance with paragraph (c) of that rule.

     Accordingly, it is ORDERED that plaintiff's objection (Docket No. 69) is DENIED.

     IT IS SO ORDERED.

_____
United States District Judge

Dated:  May 1, 2008
         Utica, New York.